IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
AT FRANKFORT

TERRY D. PRESTON                                                                    PLAINTIFF
182 Fawn Lane
Pleasureville, Kentucky 40057

v.

EXPERIAN INFORMATION SOLUTIONS, INC.                                  DEFENDANT
475 Anton Boulevard
Costa Mesa, California 92626

      SERVE:    CT Corporation System
                     306 W. Main Street, Suite 512
                     Frankfort, Kentucky 40601
                     (BY CERTIFIED MAIL)

\*\* \*\* \*\* \*\*

## VERIFIED COMPLAINT

Comes the Plaintiff, Terry D. Preston, and for his Verified Complaint against the Defendant, Experian Information Solutions, Inc. ("Experian"), states as follows:

### I. PRELIMINARY STATEMENT

1.    This is an action for negligence, defamation, and violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 et seq., arising out the Defendant's false reporting of and Defendant's failure to investigate Plaintiff's dispute regarding an alleged collections account reporting on Plaintiff's Experian credit report.

### II. PARTIES

2.    Plaintiff, Terry D. Preston, is currently and was at all relevant times a citizen of the

Commonwealth of Kentucky residing at 182 Fawn Lane, Pleasureville, Kentucky 40057.

3. Plaintiff is a "consumer" as that term is defined by the FCRA, 15 U.S.C. §1681a(c).

4. Defendant, Experian, is a corporation organized under the laws of the State of California and doing business in the Commonwealth of Kentucky with its principal place of business located at 475 Anton Boulevard, Costa Mesa, California 92626.

5. Experian is a "consumer reporting agency that compiles and maintains files on consumers on a nationwide basis" as that term is defined by the FCRA, 15 U.S.C. §1681a(o).

6. Experian is regularly engaged in the business of assembling, evaluating and dispensing information concerning consumers for the purpose of furnishing "consumer reports," as that term is defined at 15 U.S.C. §1681a(d), to third parties.

### III. JURISDICTION

7. This Court has jurisdiction over this action: (1) pursuant to the FCRA, 15 U.S.C. §1681(p); (2) pursuant to 28 U.S.C. §1331; and (3) because the transactions and occurrences giving rise to this action occurred in Shelby County, Kentucky as a result of the Defendant doing business in Shelby County, Kentucky.

### IV. FACTUAL BACKGROUND

8. In or around February 2017, Plaintiff, who was in the process of attempting to obtain mortgage financing, accessed his Experian credit report and discovered a tradeline furnished by Stellar Receivables.

9. Immediately upon his discovery of the Stellar Receivables tradeline, Plaintiff disputed the tradeline to Experian in writing stating that the account does not belong to him and that it should be deleted from his Experian credit report.

10. In March 2017, Experian, despite Plaintiff's dispute of the aforementioned tradeline,

failed to investigate the Stellar Receivables tradeline. As a result, Experian failed to remove the tradeline from Plaintiff's Experian credit report and/or to amend the tradeline.

11. Experian's failure to investigate Plaintiff's dispute has damaged Plaintiff in that Plaintiff has been denied credit and/or has been forced to pay a high rate of interest for credit due to Experian's failure to properly investigate Plaintiff's dispute and to delete or amend their reporting of the subject tradelines.

## V. CLAIMS

### Negligence

12. Plaintiff hereby adopts and incorporates the allegations contained in paragraphs 1 through 11 as if fully set forth herein.

13. Experian's failure to properly investigate Plaintiff's dispute and its consequent failure to delete or amend its reporting of the subject tradeline, despite Plaintiff's lawful notice to Experian disputing Experian's reporting of the tradeline, was negligent.

14. In failing to properly investigate Plaintiff's dispute of the reporting of the tradeline, Experian breached its duty to Plaintiff to thoroughly investigate any and all credit reporting disputes and acted with conscious disregard for the rights of the Plaintiff.

15. Experian's negligent failure to properly investigate Plaintiff's dispute of the reporting of the subject tradeline and its consequent failure to delete or amend its reporting of the subject tradeline has caused, and continues to cause damages to Plaintiff, including, but not limited to, humiliation and embarrassment, a substantial decline in Plaintiff's credit rating, and other compensatory and consequential damages.

16. Experian's failure to properly investigate Plaintiff's dispute of Experian's reporting of the subject tradeline and its consequent failure to delete or amend its reporting of the subject

tradeline, despite Plaintiff's lawful dispute to Experian, was willful and wanton, entitling Plaintiff to punitive damages therefor.

### Negligent Violation of the Fair Credit Reporting Act

17. Plaintiff hereby adopts and incorporates the allegations contained in Paragraphs 1 through 16 as if fully set forth herein.

18. Experian's failure to properly investigate the disputed item and its consequent failure to delete or amend its reporting of the disputed item is a violation of Experian's duty to ensure maximum possible accuracy of consumer reports under 15 U.S.C. §1681e(b) and Experian's duties regarding investigation of disputed items under 15 U.S.C. §1681i.

19. Experian's failure to properly investigate the disputed item and its consequent failure to delete or amend its reporting of the disputed item within a reasonable time following Experian's receipt of Plaintiff's dispute is a violation of Experian's duties regarding investigation of disputed items under 15 U.S.C. §1681i.

20. Experian's violations of the FCRA amount to negligent non-compliance with the FCRA as stated in 15 U.S.C. §1681o, for which Experian is liable to Plaintiff for Plaintiff's actual damages, for statutory damages, and for Plaintiff's attorney's fees.

### Willful Violation of the Fair Credit Reporting Act

21. Plaintiff hereby adopts and incorporates the allegations contained in Paragraphs 1 through 20 as if fully set forth herein.

22. Experian's failure to properly investigate the disputed item and its consequent failure to delete or amend its reporting of the disputed item is a willful violation of Experian's duty to ensure maximum possible accuracy of consumer reports as stated in 15 U.S.C. §1681e(b) and Experian's duties regarding investigation of disputed items under 15 U.S.C. §1681i.

23. Experian's failure to properly investigate the disputed item and its consequent

failure to delete or amend its reporting of the disputed item within a reasonable time following Experian's receipt of Plaintiff's dispute is a willful violation of Experian's duties regarding investigation of disputed items as stated in 15 U.S.C. §1681i.

24. Experian's violations of the FCRA amount to willful non-compliance with the FCRA as stated in 15 U.S.C. §1681n for which Experian is liable to Plaintiff for Plaintiff's actual damages, for statutory damages, for punitive damages and for Plaintiff's attorney's fees.

WHEREFORE, Plaintiff, Terry D. Preston, respectfully demands the following:

1. Trial by jury on all issues so triable;

2. Judgment against the Defendant for statutory, compensatory, consequential and punitive damages;

3. For attorneys' fees and costs; and,

4. Any and all other relief to which Plaintiff may appear to be entitled.

Respectfully submitted,

/David W. Hemminger
David W. Hemminger
HEMMINGER LAW OFFICE, PSC
616 South Fifth St.
Louisville, KY 40202
(502) 443-1060
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

## VERIFICATION

I, Terry D. Preston, hereby state that I have read the foregoing Verified Complaint and the statements contained therein are true and accurate to the best of my knowledge, information and belief.

_____
Terry D. Preston

COMMONWEALTH OF KENTUCKY        )
                                ) SS
COUNTY OF SHELBY                )

Subscribed, sworn to and acknowledged before me by Terry D. Preston this _13_ day of _June_, 2017.

_____
Notary Public
Commission expires: 5-12-2018