UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| TERRY D. PRESTON, | ) ) | |
| Plaintiff, | ) ) | Civil No. 3:17-cv-00048-GFVT |
| V. | ) ) ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) ) ) ) | **ORDER** |
| Defendant. | ) | |

*** *** *** ***

This matter is before the Court on Plaintiff Terry D. Preston's Notice of Voluntary Dismissal. [R. 14.] In that Notice, Plaintiff states his intent to dismiss with prejudice this action pursuant to Fed. R. Civ. P. 41(a)(1)(A). [*Id.*] The Notice further states each party will be responsible for its respective fees and costs. [*Id.*]

Under Fed. R. Civ. P. 41(a)(1)(A), a "plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Here, the Plaintiff's Notice of Dismissal [R. 14] was filed after the Defendant Experian Information Solutions, Inc. filed its answer [*see* R. 10], and the Notice is not signed by the Defendant. [*See* R. 14.] However, the Court notes the Defendant's request to have this action dismissed. [*See* R. 10 at 6.] Since Defendant has filed no response to Plaintiff's Notice of Voluntary Dismissal, the Court will construe Plaintiff's Notice of Voluntary Dismissal as a Motion for Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(2).

Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED**

that:

1. Plaintiff's Notice of Voluntary Dismissal [R. 14] be construed as a Motion for Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(2);

2. Plaintiff's Motion for Voluntary Dismissal [**R. 14**] is **GRANTED**;

3. The cause(s) of action against Defendant Experian Information Solutions, Inc. are hereby **DISMISSED WITH PREJUDICE** with each party to bear its own costs and attorneys' fees; and

4. This matter is hereby **STRICKEN** from the active docket.

This the 10th day of January, 2018.

Gregory F. Van Tatenhove
United States District Judge